AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Chicago Regional Council of Carpenters
Pension Fund, Chicago Regional Council of
Carpenters Welfare Fund et al.

V.

Knightly Klinger Incorporated

CASE NUMBER: **07 C 6962**

ASSIGNED JUDGE: **JUDGE ANDERSEN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Knightly Klinger Incorporated
Kathleen M. Klinger, R.A.
10409 South Springfield Avenue
Chicago IL  60655

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond J. Sanguinetti
Whitfield, McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago IL  60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                 DATE

| | | |
|---|---|---|
| ClientCaseID: N7565RJS | *171186A* | CaseReturnDate: 1/2/08 |
| Law Firm ID: WHITFIEL | | Affidavit of Special Process Server |

## UNITED STATES DISTRICT COURT

Case Number **07C6962**

I, MELODY L. PISTELLO

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **Knightly Klinger Incorporated/Kathleen M. Klinger, RA**
PERSON SERVED **ROBERT KLINGER, PRESIDENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **12/23/07**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex MALE   Race WHITE   Age 48
Height 5'11'   Build MEDIUM   Hair SALT & PEPPER

LOCATION OF SERVICE **10409 S Springfield Avenue Chicago, IL, 60655**

Date Of Service 12/23/07   Time of Service 11:45 AM

MELODY L. PISTELLO   12/27/2007
Special Process Server
PERC #129-280835

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.