IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, And Their Trustees, | ) ) ) ) ) ) | 07-C-6962 |
| | ) | Judge Anderson |
| Plaintiffs, | ) ) ) | Magistrate Judge Nolan |
| v. | ) ) | |
| KNIGHTLY KLINGER INCORPORATED, | ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

**TO:**   Raymond J. Sanguinetti, Whitfield, McGann & Ketterman, 111 E. Wacker Drive, Suite 2600, Chicago, Illinois, 60601.

**PLEASE TAKE NOTICE** that on the 28th day of January, 2008, the attached Answer was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                        **KNIGHTLY KLINGER INCORPORATED**

                                        By:  s/  R. Wm. Maucker
                                             One of its attorneys

Robert W. Maucker
**THOMAS W. LYNCH, P.C.**
9231 S. Roberts Road
Hickory Hills, Illinois  60457
(708) 598-5999

**PROOF OF SERVICE**

I, Robert W. Maucker, an attorney, on oath state that on the 28th day of January, 2008, I served electronically copies of the foregoing **Notice of Filing** and **Answer** upon:

    Raymond J. Sanguinetti
    Whitfield, McGann & Ketterman
    111 E. Wacker Drive, Suite 2600
    Chicago, Illinois  60601

                                                    By: s/ R. Wm. Maucker