IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF ) <br> CARPENTERS PENSION FUND, et. al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KNIGHTLY KLINGER INCORPORATED, ) <br> ) <br> Defendant. ) | Case No.: 07 C 6962 <br> Hon. Judge Andersen <br> Mag. Judge Nolan |

## PLAINTIFFS' RULE 12(c) MOTION FOR
## JUDGMENT ON THE PLEADINGS

The Plaintiffs, CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et. al., by their attorney, Raymond J. Sanguinetti of the Law Firm of WHITFIELD, McGANN & KETTERMAN, hereby moves this Honorable Court for a Rule 12(c) Judgment on the Pleadings. In support of said motion, Plaintiffs state as follows:

1. This is and ERISA unpaid contribution reports case filed by the Plaintiffs to compel Defendant to pay contributions for its employees for the period of July 2007 through November 2007. For the months of July 2007 through November 2007, Defendant submitted contributions reports to the Plaintiffs based on hours worked by its carpenter employees without the proper payment.

2. Based on the reports submitted by Defendant, Defendant owes $33,755.74 in contributions for the months of July 2007 through November 2007.

3. On February 13, 2008, Plaintiffs served out Rule 36 Request for Admissions on the Defendant. (See Exhibit A) The Request asks Defendant to admit or

   deny that they owe Plaintiffs the above sums plus liqudated damages, dues, attorney fees and costs under ERISA.

4. On March 7, 2008, Defendant's attorney wrote a letter stating that the company would be going bankrupt and has decided not to answer the Request for Admissions or to oppose this law suit. (See Exhibit B) Defendant has admitted that they are liable and that they owe the damages specified.

5. Plaintiffs are entitled to liquidated damages and interest in the amount of $2,240.59.

6. Plaintiffs are entitled to dues in the amount of $2,694.68 for the period of July 2007 through November 2007.

7. Plaintiffs are entitled to attorney fees and costs in the amount of $2,331.00.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiffs and against Defendant in the amount of $41,022.01.

         WHITFIELD & McGANN


          s/ Raymond J. Sanguinetti
      By: _____
          Raymond J. Sanguinetti

Raymond J. Sanguinetti
Whitfield & McGann
111 E. Wacker Drive #2600
Chicago, IL 60601
(312) 251-9700