# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, and Their Trustees, <br><br>　　　　　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>KNIGHTLY KLINGER INCORPORATED, <br><br>　　　　　　　　　　　　　Defendant. | CIVIL ACTION <br>Case No. 07CV6962 <br><br>Judge Anderson <br><br>Magistrate Nolan |

TO:　Robert W. Maucker
　　　Thomas W. Lynch, P.C.
　　　9231 South Roberts Road
　　　Hickory Hills, IL 60457

## RULE 36 REQUEST TO ADMIT

The Plaintiffs, CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., by their attorney, Raymond J. Sanguinetti, of WHITFIELD, McGANN & KETTERMAN, request the Defendant, KNIGHTLY KLINGER INCORPORATED ("Knightly") to admit or deny the things listed below within 30 days from date of service of this Request for Admission Under Rule 36 as follows:

　　1.　Admit or deny the genuineness of the attached Exhibit A which are the contribution reports for the months of July 2007 through November 2007.

　　2.　Admit or deny that the attached reports accurately reflect the hours worked of Knightly Klinger Inc.'s carpenter employees for the months of July 2007 through November 2007.

3.  Admit or deny that the attached reports accurately reflect the amount of contributions owed to the Chicago Regional Council of Carpenters Welfare, Pension Fund and Apprenticeship Fund for the months of July 2007 through November 2007.

4.  Admit or deny that the attached reports for the months of July 2007 through November 2007 truly and accurately reflect the amount of dues withheld from carpenters' employees paychecks for said time period.

5.  Admit or deny that for the months of July 2007 through August 2007 that you owe $33,755.74 in contributions to the Chicago Regional Council of Carpenters Welfare Fund, pension Fund and Apprentice Training Fund.

6.  Admit or deny that dues were deducted from your carpenters' paychecks for the months of July 2007 through November 2007 in the amount of $2,694.68 which were not remitted to the Plaintiffs.

7.  Admit or deny that you have not paid any fringe benefits contributions for the months of July 2007 through August 2007 for your carpenter employees.

8.  Admit or deny that you owe liquidated damages in the amount of $285.87 for the month of June 2007.

9.  Admit or deny that for the month of July 2007 you owe $825.00 in liquidated damages based on your failure to pay fringe benefit contributions as indicated on the July 2007 report.

10. Admit or deny that for the month of August 2007 you owe $630.00 in liquidated damages based on your failure to pay fringe benefit contributions as indicated on the August 2007 report.

11. Admit or deny that for the month of September 2007 you owe $340.46 in liquidated damages based on your failure to pay fringe benefit contributions as indicated on the September 2007 report.

12. Admit or deny that for the month of October 2007 you owe $159.26 in liquidated damages based on your failure to pay fringe benefit contributions as indicated on the October 2007 report.

WHITFIELD, McGANN & KETTERMAN

By: _____
Raymond J. Sanguinetti

Attorney for Plaintiffs
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700

CERTIFICATE OF SERVICE

I, Raymond J. Sanguinetti, an attorney, certify that I caused to be served the attached Rule 36 Request for Production on the above captioned attorneys of record by depositing the same in the U.S. Mail with postage prepaid on this _13_ th day of February, 2008.

_____
Raymond J. Sanguinetti

3

Fringe Benefits: 312/787-9455, Option #3; Regional Council 312/787-...

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH  ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME  ☐ SEND MORE FORMS

Knightly Klinger Inc
10409 S Springfield Ave
Chicago IL 60655-3713

NOCHK
745182

Dues .... 5.910
Appren. .490
INTL FND .060
LAB MGMT .020
Ind Adv .040

DUE BY

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED.

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEE'S GROSS WAGES

Month of July 2007

| Social Security Number | Carpenter's Name | Local & Class | X | Total Hours Paid | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 165087912 | Anderson Scott | 434 JNY X | | 153 | 153 | 5587.56 | 167.63 |
| 303086067 | Klinger Brian | 54 JNY X | | 80 | 80 | 3061.60 | 92.44 |
| 414611054 | Klinger Robert | 54 O/S | | 182.50 160 | 160 | 7029.90 | 210.88 |
| 784006278 | O'Connor Scott | 434 JNY X | | 177 175 | 175 | 6464.04 | 193.91 |
| 134175294 | Williams Steven | 434 JNY X | | 173.50 | 173.50 | 6336.22 | 190.08 |
| | | | | | | 6243.20 | |
| | | | | 743.50 | 741.50 | 27692.62 | |
| | | Total this month | | 743.50 | | $28479.32 | $854.94 |

(1) Amount due at $ 14.480 per hour $ 10,765.88
(2) Total dues withheld $ 854.94
= Subtotal $ 11,620.82
S/B 10736.92  Prior Balance Due or (Cr. Available) $
Grand Total $ 11,620.82

11591.86

SEP 2007  RECEIVED  SEP 14 2007

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters-Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

AUTHORIZED SIGNATURE _Robert J. Klinger_
TITLE _Owner_
OWNER-PARTNER-OFFICER

EXHIBIT A

SEE INSTRUCTIONS ON REVERSE

☐ NO EMPLOYEES THIS MONTH ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME ☐ SEND MORE FORMS

Knightly Klinger Inc
10409 S Springfield Ave
Chicago IL 60655-3713

No chk
745183

... 5.910
Appren. .490
INTL FND .060
LAB MGMT .020
Ind Adv .040

DUE BY

HOURS PAID IN EXCESS OF 175 HR. CAP ... NOT BE ...

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES ... GROSS WAGES

Month of Aug 2007

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 165087912 | Anderson Scott | 434 Jnyx | | 114 | 114 | 4,163.28 | 124.90 |
| 303086067 | Klinger Brian | 54 Jnyv | | 160 | 160 | 6,163.20 | 184.88 |
| 114611054 | Klinger Robert | 54 O/S | | 160 | 160 | 6,163.20 | 184.88 |
| 184006278 | O Connor Scott | 434 Jnyx | | 118.5 | 118.5 | 4,327.62 | 129.83 |
| 134175294 | Williams Stevens | 141 Jnyx | | 158.5 | 158.5 | 5,788.42 | 173.65 |
| | | | | | | *6243.20 | |

26685.72

Total this month  711  711  $26605.72  $798.14

(1) Amount due at $ 14.480 per hour  $ 10,295.28

÷ (2) Total dues withheld  $ 798.15

= Subtotal  $ 11,093.42

Prior Balance Due or (Cr. Available)  $

Grand Total  $ 11,093.42

REPORT MUST BE ON OR BEFORE THE 15 OF THIS MONTH. LATE PAYMENTS WILL BE CHARGED 15% PER MONTH COMPOUNDED AS LIQUIDATED DAMAGES.

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SEP 14 2007 (REPORT MUST BE SIGNED)

BY _____

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

AUTHORIZED SIGNATURE  Robert T Klinger

TITLE  Owner

OWNER-PARTNER-OFFICER  CG-202-R 7/0

# CHICAGO REGIONAL COUNCIL OF CARPENTERS
## Combined Fringe Benefit Fund and Dues Checkoff Report
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

23511

| | |
|---|---|
| H & W | 7.960 |
| Con Pen | 5.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| Ind Adv | .040 |

**SEE INSTRUCTIONS ON REVERSE**

☐ NO EMPLOYEES THIS MONTH  ☐ CHANGE OF ADDRESS

☐ CHANGE OF NAME  ☐ SEND MORE FORMS

*No check*

ENTERED

DUE BY 10/15/2007

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

Knightly Klinger Inc
10409 S Springfield Ave
Chicago IL 60655-3713

767254

DUES CHECKOFF IS CURRENTLY 3 % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Month of SEPTEMBER 2007   $6443.20

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| U65087912 | ANDERSEN SCOTT D | 434-JNYX | | 140.5 | 140.5 | 5131.06 | 153.94 |
| 803086067 | ~~KLINGER BRIAN P~~ | ~~54-JNYX~~ | | | | | |
| U14611054 | KLINGER ROBERT T | 54-O/S | | 192/160 | 160 | 7395.84 | 221.86 |
| U84006278 | O'CONNOR SCOTT | 434-JNYX | | 190 | 175ok | 6928.88 | 208.16 |
| U34175294 | STEVENS WILLIAM R | 14-JNYX | | 39 | 39 | 1424.28 | 42.73 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | 529.50 | 19,937.34 | |
| | Total this month | | | 561.5 | 514.5 | $21,404.48 | $ 626.69 |

(1) Amount due at $ 14.480 per hour  $ 7449.96
+ (2) Total dues withheld  $ 626.69
= Subtotal  $ 8076.65
Prior Balance Due or (Cr. Available)  $
Grand Total  $ 8076.65

8096.64

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES.

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

RECEIVED JAN 04 2008

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE  *Robert Klinger*
TITLE  *Owner*

**Combined Fringe Benefit Funds and Dues Checkoff Report**
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

### SEE INSTRUCTIONS ON REVERSE

☐ NO EMPLOYEES THIS MONTH  ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME  ☐ SEND MORE FORMS

| | |
|---|---|
| H & W | 8.960 |
| Con Pen | 6.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| Ind Adv | .040 |

DUE BY 11/15/2007

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE [illegible]

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY 3 % OF EACH [illegible] GROSS WAGES

Knightly Klinger Inc
10409 S Springfield Ave
Chicago IL 60655-3713

Month of OCTOBER 2007

| Social Security Number | Carpenter's Name | Local & Class | Total Actual Hours | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|
| U65087912 | ANDERSEN SCOTT D | 434-JNYK | 48 | 48 | 1812.96 | 54.39 |
| ~~803086067~~ | ~~KLINGER BRIAN P~~ | 54-JNYK | | | | |
| U14611054 | KLINGER ROBERT T | 54-O/S | 112 | 160 | 4454.24 | 133.62 |
| U84006278 | O'CONNOR SCOTT | 434-JNYK | 112 | 112 | 4230.24 | 126.90 |
| U34175294 | STEVENS WILLIAM R | 141-JNYK | | | | |

Total this month: 272 320 | $10,497.44 | $314.91

(1) Amount due at $ 16.480 per hour  $ 5273.60
+ (2) Total dues withheld  $ 314.91
= Subtotal  $ 5588.51
Prior Balance Due or (Cr. Available)  $
Grand Total  $ 5588.51

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES!

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

_Martin [signature]_ PRESIDENT

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE _Robert Klinger [signature]_
TITLE _Owner_
OWNER-PARTNER-OFFICER

CC-202-R 7/05

**Combined Fringe Benefit Funds and Dues Checkoff Report**
Fringe Benefits: 312/787-9455, Option #5. Regional Council: 312/787-3076

SEE INSTRUCTIONS ON REVERSE

| | |
|---|---|
| H & W | 8.960 |
| Con Pen | 6.910 |
| Appren. | .490 |
| INTL FND | .060 |
| LAB MGMT | .020 |
| Ind Adv | .040 |

☐ NO EMPLOYEES THIS MONTH    ☐ CHANGE OF ADDRESS
☐ CHANGE OF NAME    ☐ SEND MORE FORMS

DUE BY 12/15/2007

HOURS PAID IN EXCESS OF 175 HR. CAP WILL NOT BE REFUNDED

*NOT APPLICABLE FOR WORK PERFORMED UNDER THE RESIDENTIAL AGREEMENT

DUES CHECKOFF IS CURRENTLY  3  % OF EACH EMPLOYEES MONTHLY GROSS WAGES

Knightly Klinger Inc
10409 S Springfield Ave
Chicago IL 60655-3713

Month of NOVEMBER 2007

MUST BE SHOWN!   WATCH SPELLING!   PLEASE PRINT!

| Social Security Number | Carpenter's Name | Local & Class | X | Total Actual Hours Worked | Benefit Hours (1) | Gross Wages | Dues Withheld (2) |
|---|---|---|---|---|---|---|---|
| 065087912 | ANDERSEN SCOTT D | 434-JNYX | | 0 | | | |
| 043837966 | KLINGER BRIAN P | 54-JNYX | | 0 | | | |
| 014611054 | KLINGER ROBERT T | 54-O/S | | 0 | 160 | | |
| 084006278 | O'CONNOR SCOTT | 434-JNYX | | 0 | | | |
| 034175294 | STEVENS WILLIAM R | 14?-JNYX | | 0 | | | |

*CLOSED Business Beginning of Nov. 2007*

COPY

REPORT DUE ON OR BEFORE THE 15TH OF THE MONTH. LATE PAYMENTS WILL BE CHARGED 1.5% PER MONTH, COMPOUNDED, AS LIQUIDATED DAMAGES!

Total this month  16.480
(1) Amount due at $ _____ per hour  $
+ (2) Total dues withheld  $
= Subtotal  $
Prior Balance Due or (Cr. Available)  $
Grand Total  $

AN "X" INDICATES THE REGIONAL COUNCIL HAS A DUES CHECKOFF AUTHORIZATION FORM ON FILE

We certify the above is a true and complete report of actual hours worked by foremen, journeymen, and apprentice carpenters, and does NOT include hours worked by any self-employed persons, partners or proprietors of the firm. We hereby agree to be bound by and ratify, confirm, and adopt all of the provisions of the Area Collective Bargaining Agreement and the Agreements and Declarations of Trust under which the Chicago Regional Council of Carpenters Fringe Benefit Funds are maintained. We agree to keep and maintain contemporaneous time records reporting the hours being reported herein.

_____ PRESIDENT

REPORT MUST BE SIGNED!

AUTHORIZED SIGNATURE _Robt Klgr_
TITLE _Owner_
OWNER-PARTNER-OFFICER

SUBMIT ONE CHECK FOR THE GRAND TOTAL & MAKE PAYABLE TO:
CHICAGO CARPENTERS TRUST FUNDS
P.O. BOX 94432
CHICAGO, IL 60690

CC-BOZ-H 7.0

2/4/2008

Knightly Klinger, Inc.
10409 S Springfield Ave.
Chicago, Il. 60655

Account #23511

| Contribution Month | | Liquidated Damages | Dues |
|---|---|---|---|
| Jun-07 | | $285.87 | |
| Jul-07 | $10,736.91 | $825.00 | $854.94 |
| Aug-07 | $10,295.28 | $630.00 | $798.14 |
| Sep-07 | $7,449.95 | $340.46 | $626.69 |
| Oct-07 | $5,273.60 | $159.26 | $314.91 |
| totals: | $33,755.74 | $2,240.59 | $2,594.68 |

# EXHIBIT B

*The Law Offices Of*

Thomas W. Lynch, J.D., C.P.A.

Martin M. Doorhy, J.D., MA.

Robert W. Maucker, J.D.
*of Counsel*

Scott A. Schimanski, J.D., L.L.M.

# THOMAS W. LYNCH, P.C.

*Attorney At Law*

9231 S. Roberts Road
Hickory Hills, IL 60457

*www.thomaswlynchpc.com*

Telephone:
(708) 598-5999

Facsimile:
(708) 598-6299

E-mail:
twlpc@worldnet.att.net

March 7, 2008

Raymond J. Sanguinetti, Esq.
WHITFIELD, McGANN & KETTERMAN
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601

RE: Chicago Regional Council of Carpenters, et al. v. Knightly Klinger, Inc.
Case No. 07 CV 6962

Dear Counsel:

I am in receipt of your Rule 36 Request to Admit, which I take to be due on or about March 14, 2008.

As my client has determined to file for bankruptcy in an imminent manner, we will not continue to oppose the above-referenced suit. In the interest of judicial economy as well as out of respect for our client's limited resources, we will thus forego responding to your Request.

Please contact me at the number above should you have any questions or concerns.

Yours very truly,

THOMAS W. LYNCH, P.C.

Robert W. Maucker
RWM/ec