IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF<br>CARPENTERS PENSION FUND, et. al., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No.: 07 C 6962<br>Hon. Judge Andersen |
| KNIGHTLY KLINGER INCORPORATED, | )<br>) | Mag. Judge Nolan |
| Defendant. | ) | |

Notice of Motion

To:  Robert W. Maucker
     Thomas W. Lynch, P.C.
     9231 S. Robert Road
     Hickory Hills, IL 60457

PLEASE TAKE NOTICE that on Thursday, April 10, 2008, I shall appear before Judge Wayne R. Andersen at approximately 9:00 a.m. in Courtroom 1403, at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached Motion for Judgment on the Pleadings.

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND, et al.,

By: s/ Raymond J. Sanguinetti

CERTIFICATE OF SERVICE

Raymond J. Sanguinetti, certifies that he served the above and foregoing Motion For Judgment on the Pleadings by depositing in the U.S. mail at 111 East Wacker Drive, Suite 2600, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addresses to the person to who said Notice is directed on the 18th day of March, 2008.

By: s/ Raymond J. Sanguinetti_____

Raymond J. Sanguinetti
Attorney for Plaintiffs
111 E. Wacker, Suite 2600
Chicago, IL 60601
(312) 251-9700