Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 7 C 6962 | DATE | 3/19/2008 |
| CASE TITLE | Chicago Regional Council of Carpenters et al vs. Knightly Klinger Incorporated | | |

**DOCKET ENTRY TEXT**

Enter judgment order in favor of the plaintiff, Chicago Regional Council of Carpenters Pension Fund, et al and against the defendant Knightly Klinger Incorporated in the total amount of $41,022.01.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:  TSA