MHK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et. al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No.: 07 C 6962 Hon. Judge Andersen |
| KNIGHTLY KLINGER INCORPORATED, | ) ) ) | Mag. Judge Nolan |
| Defendant. | ) | |

### *Judgment Order*

WHEREAS, the Plaintiffs filed a motion for Judgment on the Pleadings pursuant to F.R.C.P. 12(c) and the Defendant being represented by counsel having received notice;

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, the Court grants Plaintiffs' Motion for Judgment on the Pleadings; and

JUDGMENT IS HEREBY ENTERED against Defendant KNIGHTLY KLINGER INCORPORATED in favor of the Plaintiffs in the amount of $41,022.01 representing the following amounts:

| | |
|---|---|
| Unpaid contributions | $33,755.74 |
| Liquidated damages | $2,240.59 |
| Dues | $2,694.68 |
| Attorney fees | $1,881.00 |

| | |
|---|---|
| Court costs | $450.00 |
| **TOTAL:** | **$41,022.01** |

ENTERED:

By: _____
      WAYNE R. ANDERSEN
      UNITED STATES DISTRICT JUDGE

Date: March 19, 2008